**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARROD MOTEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CISNEROS, *et al.*,<br><br>        Defendants. | Case No.: 1:23-cv-01157 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. 5) |

    The plaintiff failed to file a completed application to proceed *in forma pauperis* or pay the filing fee for this action. The assigned magistrate judge issued Findings and Recommendations recommending dismissal of this action without prejudice, for failure to obey a court order and failure to prosecute this action due to (Doc. 5.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections thereto were to be filed within fourteen days after service. (*Id.* at 3-4.) Although Plaintiff later filed a prisoner trust account statement, he has not filed an application to proceed *in forma pauperis* or otherwise communicated with the Court. The deadline to file objections passed without Plaintiff acting.

    According to 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations are supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1

1. The Findings and Recommendations issued on October 10, 2023, (Doc. 5), are **ADOPTED** in full.
2. This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 16, 2023**

UNITED STATES DISTRICT JUDGE

2